UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOPHIA FRANCOIS, on her own behalf,
and on behalf of those similarly situated,

    Plaintiff,

    v.                             Case No.:

ENTERTAINMENT BENEFITS
GROUP, LLC, a Foreign Limited
Liability Company,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Entertainment Benefits Group, LLC ("EBG" or "Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes to the United States District Court for the Middle District of Florida the state court action described below. As grounds for removal, Defendant states as follows:

1.        This case was commenced by Plaintiff, Sophia Francois ("Francois" or "Plaintiff"), in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, as Case No: 2020-CA-7062-O, on July 10, 2020. A true and correct copy of the Complaint filed in the state court is attached hereto as **Exhibit 1.**

2.        In the Complaint, Plaintiff asserts a claim for unpaid wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et. seq.*; and claims under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §§ 2601, *et. seq.*, for FMLA interference and FMLA retaliation.

3.        Copies of the Summons and Complaint were served on Defendant on October 15, 2020.

4.      This is a civil action of which the Court has original jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) and is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(a) in that this is a civil action arising under laws of the United States. Specifically, Plaintiff alleges claims under the FLSA, otherwise codified as 29 U.S.C. § 201, *et. seq.*, and under the FMLA, otherwise codified as 29 U.S.C. §§ 2601, *et. seq.*

5.      The above-described action is a civil action arising out of Plaintiff's employment with Defendant and the termination of that employment relationship.

6.      This Notice of Removal is timely because it is being filed within thirty (30) days after Defendant was served with the Summons and Complaint.  *See* 28 U.S.C. § 1446(b).

7.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, and will be served upon opposing counsel.  A true and correct copy of the Notice of Filing of Notice of Removal with Circuit Court is attached as **Exhibit 2**.

8.      As required by 28 U.S.C. § 1446(a), Defendant has attached copies of all state court process and pleadings to this Notice of Removal.  *See* **Exhibit 1**.

9.      Pursuant to 28 U.S.C. § 1441(a), Venue of the removed action lies in the United States District Court for the Middle District of Florida, because the state court action was filed and is pending in a place embraced within the United States District Court for the Middle District of Florida.

10.      This Notice has been signed by the undersigned pursuant to Federal Rule of Civil Procedure 11, as required by 28 U.S.C. § 1446(a).

11.      In summary, removal of this action to this Court is proper because this Court has original jurisdiction under 28 U.S.C. § 1331 (there is a federal question), and the venue is proper.

**WHEREFORE**, Defendant prays that this Notice of Removal be deemed good and sufficient, and that Plaintiff's Complaint be removed from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, into this Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in such civil action as if it had been originally commenced in this Court.

Dated: November 4, 2020                                    Respectfully submitted,


/s/ Leonard V. Feigel

**Foley & Lardner LLP**

John S. Lord, Jr.
Florida Bar No. 0016527
jlord@foley.com
2 South Biscayne Boulevard, Suite 1900
Miami, FL 33131
Phone: 305-482-8420
Fax:    305-482-8600

Leonard V. Feigel, Esq.
Florida Bar No. 0027752
lfeigel@foley.com
One Independent Drive, Suite 1300
Jacksonville, FL 32202
Phone: 904-359-2000
Fax:    904-359-8700

Sarah Guo
Florida Bar No. 0123826
sguo@foley.com
111 North Orange Avenue, Suite 1800
Orlando, FL 32801
Phone: 407-236-5901
Fax:    407-648-1743

*Attorneys for Defendant, Entertainment Benefits Group, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy thereof has been furnished to the following via electronic

transmission, through CM/ECF on this 4th day of November, 2020.

> Carlos V. Leach, Esq.
> Fla. Bar No. 0540021
> The Leach Firm, P.A.
> 631 S. Orange Ave., Suite 300
> Winter Park, FL 32789
> cleach@theleachfirm.com
> Phone: 407-574-4999
> Fax:    833-423-5864
>
> Louis Montone, Esq.
> Fla. Bar No. 0112096
> The Leach Firm, P.A.
> 631 S. Orange Ave., Suite 300
> Winter Park, FL 32789
> lmontone@theleachfirm.com
> maugello@theleachfirm.com
> Phone: 407-574-4999
> Fax:    833-423-5864

> /s/ Leonard V. Feigel
> Leonard V. Feigel
> Florida Bar No. 0027752