UNITED STATES DISCTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SOPHIA FRANCOIS**

    **Plaintiff,**

vs.                                    Case No.: 6:20-CV-2046-Orl-41GJK

**ENTERTAINMENT BENEFITS GROUP, LLC, a Foreign Limited Liability Company,**

    **Defendant.**
_____/

**<u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

Plaintiff, SOPHIA FRANCOIS and Defendant, ENTERTAINMENT BENEFITS GROUP, LLC, by and through their undersigned counsel, hereby dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a) on the grounds that the parties have entered into and executed a Confidential Settlement Agreement and General Release, whereby all of the pending claims in this cause have been fully resolved. Each party shall bear their own attorneys' fees and costs.

DATED this __6th__ day of _January_____, 2021.

| | |
|---|---|
| **<u>s/ Carlos Leach_____</u>** | **<u>s/ Lenny Feigel_____</u>** |
| Carlos V. Leach, Esq. | Lenny Feigel, Esquire |
| F. B. No.: 0540021 | F.B. No.: 27752 |
| THE LEACH FIRM | Foley & Lardner, LLP. |
| 631 S. Orlando Ave, Suite 300 | One Independent Drive, Suite 1300 |
| Winter Park, Florida 32789 | Jacksonville, Florida 32202 |
| Telephone: (407) 574-4999 | Telephone: 904-359-8755 |
| Facsimile: (833) 423-5864 | Facsimile: 904-359-8700 |
| Email: cleach@theleachfirm.com | Email: <u>LFeigel@foley.com</u> |
| Email: maugello@theleachfirm.com | Attorney for Defendant |
| Attorney for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _6th_ day of January, 2021, I filed the above via the CMECF system which will send a copy to opposing counsel.

**s/ Carlos Leach_____**
Carlos V. Leach, Esq.