UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SOPHIA FRANCOIS,**

      **Plaintiff,**

v.                                                                      **Case No: 6:20-cv-2046-Orl-41GJK**

**ENTERTAINMENT BENEFITS
GROUP, LLC,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal without Prejudice (Doc. 21). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case. However, **any underlying settlement agreements are legally unenforceable.** *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–55 (11th Cir. 1982).

**DONE** and **ORDERED** in Orlando, Florida on January 11, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record